UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHARITY BAILEY, | Case No. 1:08-cv-320 |
| Plaintiff, | HONORABLE PAUL MALONEY |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## JUDGMENT

For the reasons stated in this court's contemporaneously issued opinion, **judgment is entered in favor of the defendant** and against the plaintiff as follows:

The complaint is dismissed for lack of merit.

The Commissioner's denial of disability benefits is affirmed.

This is a final order.

**IT IS SO ORDERED** on this __3rd__ day of June 2009.

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge